<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

City of Philadelphia            :
                                       :
           v.                :     No. 1529 C.D. 2019
                                         :
Svetlana Dvortsova,        :
            Appellant      :

**<u>PER CURIAM</u>**                **<u>O R D E R</u>**

       NOW, February 23, 2021, having considered Appellee's application for reargument and Appellant's answer in response thereto, the application is denied.